UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00541-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JOSE ANDRES QUEZADA-HERNANDEZ,
2.     HUGO SOTELO-MORALES,
3.     SERGIO RODRIQUEZ,
4.     **RICHARD TALMICH**,
5.     MARY BONILLA,
6.     JOSEFINA SANDOVAL,
7.     CHRISTOPHER MADICK,
8.     ERNESTO GONZALES, and
9.     AUSTIN GILMORE,

    Defendants.

## FINAL ORDER OF FORFEITURE
## ONLY AS TO DEFENDANT RICHARD TALMICH

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture Only as to Defendant Richard Talmich (Motion) **(#306)** filed October 2, 2012. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853(p), as set forth in the Indictment returned on October 21, 2010;

THAT a Preliminary Order of Forfeiture was entered on June 11, 2012;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT, as of September 24, 2012, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

THAT the Motion is **GRANTED** and judgment of forfeiture of the following property $490,064.00 seized from Richard Talmich on July 8, 2010 shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $490,064.00 seized from Richard Talmich on July 8, 2010 and may dispose of it in accordance with law.

DATED this 5th day of October, 2012.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge