UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00541-MSK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1.     JOSE ANDRES QUEZADA-HERNANDEZ,
2.     HUGO SOTELO-MORALES,
3.     **SERGIO RODRIQUEZ**,
4.      RICHARD TALMICH,
5.     MARY BONILLA,
6.     JOSEFINA SANDOVAL,
7.     CHRISTOPHER MADICK,
8.     ERNESTO GONZALES, and
9.     AUSTIN GILMORE,

          Defendants.

---

## FINAL ORDER OF FORFEITURE
## ONLY AS TO DEFENDANT SERGIO RODRIQUEZ

---

THIS MATTER comes before the Court on the United States' Motion for Final

Order of Forfeiture Only as to Defendant Sergio Rodriquez (Motion) **(#308)** filed October 5,

2012. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853(p),

as set forth in the Indictment returned on October 21, 2010;

THAT a Judgment was entered on July 13, 2011;

THAT all known interested parties were provided an opportunity to respond and

that publication has been effected as required by 21 U.S.C. § 853(n);

THAT, as of October 5, 2012, no Petition for Ancillary Hearing has been filed by

any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

THAT the Motion is **GRANTED** and judgment of forfeiture of the following property $122,765.00 in United States Currency seized from Sergio Rodriquez on May 18, 2010, shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $122,765.00 in United States Currency seized from Sergio Rodriquez on May 18, 2010, and may dispose of it in accordance with law.

DATED this 5th day of October, 2012.

BY THE COURT:

Marcia S. Krieger
United States District Judge